# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
### Western Division

UNITED STATES OF AMERICA

                                        Plaintiff,

v.                                                               Case No.: 3:20−cr−50020

                                                                                 Honorable Philip G. Reinhard

Johnathan Byars, et al.

                                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, May 18, 2023:

      MINUTE entry before the Honorable Philip G. Reinhard as to Antoine Fulton (2): Sentencing hearing held on 5/18/2023. Judgment in a Criminal Case to enter. Mailed notice. (rsj)

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.